IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| BEVERLY HARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 5:06-CV-058 |
| AETNA, INC., Arteva Specialties, S.a.r.I., d/b/a KoSa Long Term Disability Insurance Plan, Lumbermens Mutual Casualty Company, and Broadspire Services, Inc., | ) ) ) ) ) | |
| Defendants | ) | |

# ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of Nikki Odom and Peter Petrakis of the law firm of Meckler, Bulger & Tilson, LLC to appear as additional counsel for the defendants in this matter filed on November 20, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Nikki Odom and Peter Petrakis are hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: November 27, 2006

Dennis L. Howell
United States Magistrate Judge